

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

CHOOSAN SHIPPING PTE LTD. and
GALBORG PTE LTD.,

           Plaintiffs,

   - against -

CORINTH PIPEWORKS S.A.,

          Defendant.
------------------------------------------------------------X

07 CV _____
ECF CASE

**DISCLOSURE OF INTERESTED PARTIES
PURSUANT TO FEDERAL RULE 7.1**

     Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and

magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney

of record for the Plaintiff, CHOOSAN SHIPPING PTE LTD., certifies that the following are

corporate parents, subsidiaries, or affiliates of the Plaintiff: NONE.

Dated: April 24, 2007
      New York, NY

                    The Plaintiff,
                    CHOOSAN SHIPPING PTE LTD.

                    By: _____
                    Nancy R. Peterson (NP 2871)
                    Kevin J. Lennon (KL 5072)

                    **TISDALE & LENNON, LLC**
                    11 West 42nd Street, Suite 900
                    New York, NY 10036
                    (212) 354-0025 (Phone)
                    (212) 869-0067 (Fax)
                    npeterson@tisdale-lennon.com
                    klennon@tisdale-lennon.com