USDC SDNY
DOCUMENT PAULEY, J.
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/17/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CHOOSAN SHIPPING PTE LTD. and
GALBORG PTE LTD.

      Plaintiffs,

- against -

CORINTH PIPEWORKS S.A.,

      Defendant.
------------------------------------------------------------X

07 CV 3281 (WHP)
ECF CASE

**NOTICE AND ORDER
OF VOLUNTARY DISMISSAL**

PLEASE TAKE NOTICE, there having been no appearance from the Defendant that the above-captioned matter be and hereby is voluntarily dismissed without prejudice and without costs to any party pursuant to Federal Rule of Civil Procedure 41(a).

The maritime attachment is hereby vacated and the non-party garnishees are directed to release any funds that they may have restrained pursuant to the writ of maritime attachment.

Dated: May 11, 2007
      New York, NY

The Plaintiffs,
CHOOSAN SHIPPING PTE LTD. and
GALBORG PTE LTD.

By: _____
Kevin J. Lennon (KL 5072)
TISDALE & LENNON, LLC
11 West 42nd Street, Suite 900
New York, NY 10036
(212) 354-0025 – phone
(212) 869-0067 – fax

SO ORDERED:
_____
U.S.D.J.

SO ORDERED:
_____
WILLIAM H. PAULEY III U.S.D.J.
5/15/07